IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

GREAT LAKES INSURANCE SE,

Plaintiff,

vs.

BRYAN CRABTREE and BETHEA
CRABTREE, and M&T BANK,

Defendants.

CV 19–120–M–DLC

ORDER

**FILED**

SEP 0 5 2019

Clerk, U.S District Court
District Of Montana
Missoula

Pursuant to the Notice of Voluntary Dismissal (Doc. 5) filed by Plaintiff and

Federal Rule of Civil Procedure 41(a)(1),

IT IS ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

DATED this 5ᵗʰ day of September, 2019.

Dana L. Christensen, Chief Judge
United States District Court